

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00831-CR

Miguel Angel **COVARRUBIAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR10931
Honorable Frank J. Castro, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on January 11, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2023.

_____
Michael A. Cruz, Clerk of Court